AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| MICHAEL DAVID JOHNSON <br><br> *Plaintiff(s)* <br> v. <br><br> VANCE WELTNER, Individually and COUNTY OF BASTROP, TEXAS <br><br> *Defendant(s)* | Civil Action No. 1:20-CV-00077-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Vance Weltner, 2122 FM 448, Giddings, Texas 78942.

A 1414

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Law Office of Bobby R. Taylor
1709 E. Martin Luther King Jr. Blvd
Austin, Texas 78702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
CLERK OF COURT

Date: 1/23/2020



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-CV-00077

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Vance Weltner
was received by me on *(date)* 1-24-2020.

☒ I personally served the summons on the individual at *(place)* 2122 FM 448, Giddings TX 78942 on *(date)* 1-29-2020 1:30 pm ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1-29-2020

Monica Carson
*Server's signature*

Monica Carson
*Printed name and title*
PSC #8712 Exp 6.30.2020

108 Nichols Ln, Bastrop TX 78602
*Server's address*

Additional information regarding attempted service, etc: