IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL DAVID JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | 1:20-CV-77-RP |
| v. | § | |
| | § | |
| VANCE WELTNER and | § | |
| COUNTY OF BASTROP, TEXAS, | § | |
| | § | |
| Defendants. | § | |

### ORDER

On June 25, 2021, the parties dismissed all claims in this case with prejudice by joint motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 29). "Stipulated dismissals under Rule 41(a)(1)(A)(ii). . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

Accordingly, as nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on June 28, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE